# EXHIBIT B

# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY POWERS,<br><br>                Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, ST. MARTINS TOURS CHURCH and ROBERT GUGLIEMONE,<br><br>                Defendants. | **DECLARATION OF BRUCE BARKET**<br><br>DOCKET NO: 19-cv-4738 |

I, Bruce Barket, declare as follows:

1. I am attorney at law licensed to practice in the Eastern District of New York and in New York State and before the United States District Court for the Eastern District. I am a Partner in the law firm of Barket, Epstein, Kearon, Aldea & LoTurco, LLP. and counsel of record for Defendant Robert Guglielmone. The matters set forth are within my personal knowledge, and if called upon as a witness I could and would testify competently as follows:

2. Attached as **Exhibit A** to defendant, Robert Guglielmone's, filed Notice of Removal is a true and correct copy of the Complaint that Plaintiff Timothy Powers filed on August 14, 2019 in this action against Robert Guglielmone in the Supreme Court of the State of New York, County of Nassau.

3. Neither Robert Guglielmone, St. Martin of Tours Church, nor the Catholic Diocese of Rockville Centre have been served with the Complaint or any other process, pleading, or order in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this the 16th day of August, 2019, in Garden City, New York.

_____
Bruce A. Barket, Esq.