**Merson Law, PLLC**

150 East 58th Street, 34th floor
New York, NY 10155
212-603-9100
Facsimile 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office



**Merson Law, PLLC**

Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

February 11, 2020

**VIA ECF**
The Honorable Steven M. Gold
United States District Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 13-D
Brooklyn, New York 11201

   Re: Powers v. Roman Catholic Diocese of Rockville et al.
   Case No.: 2:19-cv-4738 (MKB) (SMG)

Dear Magistrate Judge Gold:

  We are writing pursuant to the Court's February 4th order (ECF Docket No. 23), which requested an answer to the following questions:

  1. Whether all parties will consent to reassigning this case to the Magistrate Judge for all purposes; and
  2. Whether all parties will consent to reassigning this case to the Magistrate Judge for the limited purpose of deciding the pending jurisdictional dispute.

  The answer to both questions is no. Therefore, by February 20, 2020, a premotion conference application will be submitted to Judge Brodie.

  Respectfully submitted,

  MERSON LAW, PLLC

By: /s
   Jordan K. Merson (JM-7939)
   150 East 58th Street, 34th Floor
   New York, NY 10155
   Telephone: (212) 603-9100
   Facsimile: (347) 441-4171
   Counsel for Plaintiff