UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TIMOTHY POWERS,

                *Plaintiff,*

     -against-

ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, ST. MARTIN OF TOURS CHURCH and ROBERT GUGLIELMONE,

                *Defendants.*
-----------------------------------------------------------------X

Docket No.: 2:19-cv-04738 (MKB) (SMG)

NOTICE OF
MOTION TO REMAND

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law dated March 20, 2020 and the annexed Affidavit of Plaintiff Timothy Powers dated March 9, 2020, and all prior pleadings and proceedings had herein, Plaintiff will move this Court, at a date and time directed by the Court, for an Order (i) remanding the instant action to the Supreme Court of the State of New York, County of Nassau based upon a lack of subject matter jurisdiction; and, (ii) for such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, as Ordered by the Court, answering papers, if any, must be served on the undersigned no later than April 10, 2020.

Dated: New York, New York
       March 20, 2020

                                    MERSON LAW, PLLC

                                    By: *Jordan Merson*
                                        Jordan K. Merson, Esq. (JM-7939)
                                        *Attorneys for Plaintiff*
                                        150 East 58th Street, 34th Floor
                                        New York, NY 10155
                                        Telephone: (212) 603-9100
                                        Facsimile: (347) 441-4171
                                        Email: jmerson@mersonlaw.com

TO:

JONES DAY
Todd R. Geremia, Esq.
*Attorneys for Defendant*
ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3429
Facsimile: (212) 755-7306
Email: trgeremia@jonesday.com

MULHOLLAND MINION DAVEY MCNIFF & BEYRER
Brian R. Davey, Esq.
*Attorneys for Defendant*
ST. MARTIN OF TOURS CHURCH
374 Hillside Ave
Williston Park, NY 11596
Telephone: (516) 248-1200
Facsimile: (516) 248-1225
Email: bdavey@mmlaw.us.com

BARKET, MARION, EPSTEIN & KEARON
Alexander R. Klein, Esq.
*Attorneys for Defendant*
ROBERT GUGLIELMONE
666 Old Country Road, Suite 700
Garden City, NY 11530
Telephone: (516) 745-1500
Facsimile: (516) 745-1245
Email: aklein@barketmarion.com