UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TIMOTHY POWERS,

        *Plaintiff*,

-against-

ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, ST. MARTIN OF TOURS CHURCH and ROBERT GUGLIELMONE,

        *Defendants*.
-------------------------------------------------------------X

Docket No.: 2:19-cv-04738 (MKB) (SMG)

DECLARATION OF
JORDAN K. MERSON, ESQ.

I, Jordan K. Merson, Esq., do hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. Annexed hereto as Exhibit A is a true and correct copy of Defendant Robert Guglielmone's Notice of Removal dated August 16, 2019.

2. Annexed hereto as Exhibit B is a true and correct copy of Plaintiff's Summons and Verified Complaint dated August 14, 2019.

3. Annexed hereto as Exhibit C is a true and correct copy of Plaintiff's Affidavit sworn to and dated March 9, 2020.

4. Annexed hereto as Exhibit D is a true and correct copy of the transcript of Plaintiff's jurisdictional deposition dated January 14, 2020.

5. Annexed hereto as Exhibit E is a true and correct copy of email correspondence between counsel for Plaintiff and Defendant Robert Guglielmone dated December 6, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
      March 20, 2020

                      MERSON LAW, PLLC

By: *Jordan Merson*
         Jordan K. Merson, Esq. (JM-7939)
         *Attorneys for Plaintiff*
         150 East 58th Street, 34th Floor
         New York, NY 10155
         Telephone: (212) 603-9100
         Facsimile: (347) 441-4171
         Email: jmerson@mersonlaw.com