# Exhibit A
(Plaintiff's Affidavit sworn
to and dated March 9, 2020)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIMOTHY POWERS,

                *Plaintiff,*

    -against-

ROMAN CATHOLIC DIOCESE OF ROCKVILLE
CENTRE, ST. MARTIN OF TOURS CHURCH and
ROBERT GUGLIELMONE,

                *Defendants.*
-----------------------------------------------------------X

Docket No.: 2:19-cv-04738 (MKB) (SMG)

AFFIDAVIT

COUNTRY OF THAILAND    )
                                    )
PROVINCE OF CHONBURI    ) ss.:
                                      )
DISTRICT OF BANGLAMUNG  )

    I, TIMOTHY POWERS, being duly sworn, deposes and says:

    1. I currently reside and have resided at the Paradise Park Resort Condominiums in Soi Wat Boon, Pattaya, Thailand 20150 with my wife and two daughters since I moved to Thailand in 2015.

    2. As such, I submit this affidavit in support of the instant motion to remand this action to state court.

    3. While I was not asked during my jurisdictional deposition whether I have the intention to make Thailand my domicile, if I had been asked, I would have responded that I do intend to make Thailand my domicile.

    4. In fact, since moving to Thailand in 2015, I have not returned to the United States of America, nor do I ever intend on returning to reside and/or have my domicile in the United States of America.

    5. Additionally, since moving to Thailand in 2015, I have only left the country once, when I went to Laos for one day to convert my educational (ED) visa to a marriage visa.

6. In summation, I have set up a happy life here in Thailand with my wife and my family and I intend on remaining in Thailand and being domiciled here for the remainder of my life.

WHEREFORE, I swear under penalty of perjury of law that the foregoing is true and correct.

Dated: New York, New York
March ____, 2020

_____
TIMOTHY POWERS

Sworn to before me this
__9__ day of March 2020

_____
Notary Public

On...9 March 2020..., I hereby certify that the signature on this document is the genuine signature of... Mr. Timothy Edward Powers., who signed before me and provided his/her original passport with number... 561392610 ...as identification. I hereby assume no responsibility for its contents.

Reg.No./ทะเบียนเลขที่ 9805/2562
Commission Expires/ทะเบียนหมดอายุ
Date/วันที่ 21 September 2021

Signed: _____
(Mr. Pavarest Sricha....)
Lawyer/Notarial Services Attorney
Reg. No. 9805/2562
Magna Carta Law Office
193/126-8 South Pattaya Road
Nongprue, Banglamung, Chonburi 20150 Thailand
Tel: +66(38)373735   Fax: +66(38)373736
Email: pavarest@magnacarta.co.th
Date: 9 March 2020