# Exhibit B
(Transcript of Plaintiff's Jurisdictional
Deposition dated January 14, 2020)

1                                                        1

2        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

3        -----------------------------------------X

4        TIMOTHY POWERS,

5                            Plaintiff,
                                    Docket No.
6                            17-CV-1336 (ADS)(ARL)
            -against-

7

         ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE,
8        ST. MARTINS TOURS CHURCH and ROBERT
         GUGLIELMONE,

9
                            Defendants.
10
         -----------------------------------------X

11

12                          666 Old Country Road
                            Garden City, New York

13

14                          January 14, 2020
                            5:00 p.m.

15

16          DEPOSITION OF TIMOTHY EDWARD POWERS, the

17       Plaintiff herein, taken by the Defendant,

18       pursuant to Federal Rules of Civil

19       Procedure, held at the above-mentioned time

20       and place, before Dolly Fevola, Notary

21       Public of the State of New York.

22

23

24

25

```
 1                                                2

 2       A P P E A R A N C E S :

 3

 4       MERSON LAW, PLLC
                 Attorneys for the Plaintiff
                 150 East 58th Street
 5               34th Floor
                 New York, New York 10155
 6       BY:     GIOVANNA MABILE, ESQ.

 7

 8       BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP
                 Attorneys for the Defendant,
                 ROBERT GUGLIELMONE
 9               666 Old Country Road,
                 Suite 700
10               Garden City, New York 11530
         BY:     ALEXANDER KLEIN, ESQ.
11

12       MULHOLLAND MINION DUFFY DAVEY MCNIFF BEYRER
                 Attorneys for the Defendant,
13               ST. MARTINS TOURS CHURCH
                 374 Hillside Avenue
14               Williston Park, New York 11596
         BY:     BRIAN R. DAVEY, ESQ.
15

16       JONES DAY
                 Attorneys for the Defendant,
17               ROMAN CATHOLIC DIOCESE OF
                 ROCKVILLE CENTRE
18               250 Vesey Street
                 New York, New York 10281
19       BY:     TODD JEREMIAH, ESQ.

20

21

22

23

24

25
```

3

1

2           IT IS HEREBY STIPULATED AND

3      AGREED by and between the attorneys

4      for the respective parties herein,

5      that the filing, sealing and

6      certification of the within

7      deposition be waived.

8           IT IS FURTHER STIPULATED AND

9      AGREED that all objections, except

10     as to the form of the question,

11     shall be reserved to the time of the

12     trial.

13          IT IS FURTHER STIPULATED AND

14     AGREED that the within deposition

15     may be sworn to and signed before

16     any officer authorized to administer

17     an oath with the same force and

18     effect as if signed and sworn to

19     before the Court.

20

21                 - oOo -

22

23

24

25

                              T. Powers                    4

1

2        T I M O T H Y   E D W A R D   P O W E R S,

3    after having been first duly sworn by a

4    Notary Public of the State of New York, was

5    examined and testified as follows:

6    (BY THE REPORTER:)

7            Q     State your name for the record,

8    please?

9            A     Timothy Edward Powers.

10           Q     State your address, please.

11           A     Paradise Park Resort

12   Condominiums, Soi Wat Boon, Pattaya,

13   Thailand 20150.

14               MR. KLEIN:  The time is 5:07.

15           Good morning, Mr. Powers.

16   EXAMINATION BY

17   MR. KLEIN:

18           Q     When you lived in Colorado,

19   what was your address?

20           A     12404 East Pacific Circle, Unit

21   A, Aurora, Colorado.  I don't remember the

22   zip.  81003, I believe but I can't remember.

23           Q     And what were the years during

24   which you lived at that address?

25           A     From 2010 until 2015.

```
                              T. Powers               5

 1

 2            Q     Did you have a bank account in

 3       Colorado?

 4            A     I have one at Charles Schwab.

 5       It's not per se a bank.  It's a virtual kind

 6       of thing online.

 7            Q     Was there a bank branch that

 8       you used in Colorado?

 9            A     No.

10            Q     How did you get money when you

11       lived in Colorado?

12            A     Well, when I lived in Colorado,

13       I had a company bank account and personal

14       bank account.

15            Q     Was the personal bank account

16       at a location in Colorado?

17            A     Correct.

18            Q     Where?  What town?

19            A     Compass Bank.

20            Q     Do you still have that bank

21       account?

22            A     I do not.

23            Q     When did it close?

24            A     2015.

25            Q     And the other bank account that
```

```
1                    T. Powers            6

2       you mentioned, what kind of bank account was

3       it?

4            A     Business bank account.

5            Q     Where was that held?

6            A     Compass Bank as well.

7            Q     Is that bank still opened --

8       bank account still open?

9            A     It is not.  Closed in 2015 as

10      well.

11           Q     Who, if anyone, were you living

12      with in Colorado?

13           A     I lived alone.

14           Q     And what exactly were the

15      years?

16           A     I lived in Denver from 2005

17      till 2015.

18           Q     Did you ever live in Colorado

19      before that?

20           A     Yes.  I moved to Colorado from

21      California in '86, I believe.  So '86 to

22      Colorado Springs until 2005 where I moved to

23      Denver.

24           Q     So you lived in Colorado the

25      state from 1986 until 2015?
```

```
                          T. Powers          7
1
2            A     Correct.
3            Q     And when you were living there,
4     you intended to stay there during that time
5     until you left?
6            A     Yeah.  I did not know about
7     Thailand until 2013.  That was my first
8     visit out here.
9            Q     Prior to living in Colorado --
10    I'm sorry.  Were you living in Colorado in
11    1987 when you were charged with a property
12    crime?
13           A     Yes.
14           Q     Were you living in Colorado in
15    January of 1988 when you were charged with
16    burglary?
17                 MS. MABILE:  Note my objection.
18           A     Yes.
19           Q     Were you living in Colorado in
20    July of 1988 when you were charged with
21    burglary again?
22           A     Yes.
23                 MS. MABILE:  Note my objection.
24           Q     Were you living in Colorado in
25    March of 1989 when you were charged with
```

```
 1                      T. Powers            8

 2     conspiracy to commit robbery?

 3               MS. MABILE:  Note my objection.

 4          A    Yes.

 5          Q    Were you living in Colorado in

 6     August of 1989 when you were charged with

 7     three counts of theft, second degree

 8     burglary, a property crime, fraud in the

 9     form of impersonation, driving under the

10     influence, driving under the influence of

11     drugs, as well as other offenses?

12          A    Yes.

13               MS. MABILE:  Note my objection.

14          Q    Were you living in Colorado in

15     April of 1996 when you were charged with

16     violating conditional release order?

17          A    Yes.

18               MS. MABILE:  Note my objection.

19          Q    Were you living in Colorado in

20     1988 when you were charged with a parole

21     violation?

22          A    Yes.

23          Q    Were you living in Colorado in

24     December of 2005 when you were charged with

25     assault, menacing in the fifth degree?
```

```
                            T. Powers            9
1
2                   MS. MABILE:  Note my objection.
3          A     Yes.
4          Q     Were you living in Colorado --
5          A     You covered my criminal
6   background.
7          Q     That's it?
8          A     I think so.
9          Q     Were you living in Colorado in
10  December of 2005 when you were charged with
11  disorderly conduct for displaying a weapon?
12                  MS. MABILE:  Note my objection.
13         A     Yeah.  That was the same
14  offense you just mentioned, same incident.
15         Q     Okay.  So all the other charges
16  in December of 2005 that you were charged
17  with you were living in Colorado at that
18  time?
19         A     Correct.
20         Q     And that's it?  No other
21  criminal charges?
22                  MS. MABILE:  Note my objection.
23                  Don't answer that.  That's out of
24                  the scope.
25         Q     November of 2009, were you
```

T. Powers                    10

1
2    living in Colorado when you were charged
3    with driving under the influence of alcohol?
4         A    Yes.
5              MS. MABILE:  Note my objection.
6         Q    Prior to living in Colorado,
7    where did you live immediately before
8    Colorado?
9         A    California.
10        Q    How long had you lived in
11   California?
12        A    I believe it was 1980 to 1986.
13        Q    And prior to living in
14   California, where did you live immediately
15   before?
16        A    New York.  Long Island.
17        Q    From what years?
18        A    From birth, 1969 through the
19   end -- I think it was the end of '79.  It
20   might have been the beginning of '80 when we
21   moved to California.
22        Q    So the locations where you
23   lived during your life are New York,
24   California, Colorado and Thailand; is that
25   correct?

                              T. Powers              11

1    A    I also lived in Pennsylvania

2    for about a year-and-a-half in 2000 or 2001,

3    I believe.  It might have been '01 to '02.

4         Q    Okay.  What year did you move

5    to Thailand?

6         A    Can you repeat that.

7         Q    Are you living in Thailand now?

8         A    Correct.

9         Q    When did you begin living in

10   Thailand?

11        A    2015.  I believe November,

12   2015.

13        Q    And who do you live with in

14   Thailand?

15        A    My wife and two children.

16        Q    And do you live in a house that

17   is owned, rented or otherwise?

18        A    I own it.

19        Q    You live in a house?

20        A    Condo.

21        Q    You own the condo?

22        A    Condominium, correct.

23        Q    What did you pay for the condo?

24        MS. MABILE:  Objection.

1

2          MR. KLEIN:  Go ahead.

3     A     104,000 U.S.

4     Q     And did you take that out using

5  a line of credit of some sort from a United

6  States bank or a Thailand bank?

7     A     No, I paid cash.

8     Q     Have you traveled outside of

9  Thailand since 2015?

10    A     Just one time.  I originally

11  came out here on an ED visa, educational

12  visa, which is good for one year and then

13  you have to leave the country to convert it

14  and I converted it to marriage, so I went to

15  Lau.  One-day trip to Lau and came back to

16  Thailand.

17    Q     So you went to Thailand using

18  a -- what type of visa?

19    A     ED, educational.

20    Q     And then, what was the

21  educational basis for obtaining that visa?

22    A     I wanted to learn the Thai

23  language.

24    Q     So you got an educational visa

25  by stating that you wanted to learn Thai?

T. Powers                    13

1

2          A     Correct.  I went to Thai school

3     for a year.

4          Q     And now, what is the visa

5     pursuant to which you are in Thailand?

6          A     Non O marriage.

7          Q     Non O?

8          A     Correct.

9          Q     So that's a one-year visa, a

10    marriage visa?

11         A     Correct.  I have to renew it

12    every year.

13         Q     Have you renewed it every year?

14         A     Correct.

15         Q     When was the last time that you

16    renewed it?

17         A     Bear with me.  I've got my

18    passport.  November 23rd -- Nope, nope.

19    Hold on.  November -- Actually, December 20,

20    2019.

21         Q     And --

22         A     So just last month.

23         Q     What about prior to that?  When

24    was the last time that you had renewed your

25    visa?

T. Powers                14

1

2          A      November -- Let's see.

3    December 24, 2018, then December 18, 2017,

4    then December 21, 2016.  My original, as I

5    said, my first year here was an educational

6    visa.

7          Q      Have you applied for a

8    permanent resident visa?

9          A      There is no path to citizenship

10   for me at all.

11         Q      I'm not asking that.  Have you

12   applied for a permanent resident visa?

13         A      I have a Non O permanent visa.

14   That's how it works.

15         Q      Are you aware that there is a

16   permanent residency visa in Thailand?

17         A      Then that's what I must have.

18   I live here.

19               MS. MABILE:  If you're not

20          aware of that with that name, Tim,

21          just let him know.

22         A      I've never heard of it by that

23   name.

24         Q      You never applied to be a

25   permanent resident of Thailand; is that

T. Powers                15

1

2    correct?

3              MS. MABILE:  He's understanding

4         that --

5         A    You cannot apply for a

6    permanent residency.

7         Q    Okay.

8         A    I don't know what you're

9    reading but you cannot.  I've spoken to the

10   lawyers here and everything.

11             MS. MABILE:  That's okay.

12        Q    You have not applied for a

13   permanent residency; is that correct?

14             MS. MABILE:  Objection to form.

15        A    There is nothing to apply for.

16        Q    Okay.

17             Where do you work in Thailand?

18        A    I do not work.  I'm retired.

19        Q    Have you ever worked in

20   Thailand?

21        A    No.

22        Q    How do you support yourself in

23   Thailand?

24        A    I have money.

25        Q    So are you living off of

```
1                          T. Powers            16

2    savings?

3            A     Correct.

4            Q     You said that you're married

5    with children, correct?

6            A     Correct.

7            Q     Is your wife a citizen of

8    Thailand?

9            A     Yes, she is.

10           Q     Are your children citizens?

11           A     Yes, they are.

12           Q     Did you meet your wife in

13   Thailand?

14           A     Yes, I did.

15           Q     Do your children and wife live

16   with you?

17           A     Correct.

18           Q     Yes?

19           A     Yes.

20           Q     Do you have a driver's license

21   in Thailand?

22           A     Yes, I do.

23           Q     Are you holding it right now?

24           A     I can.  Let me find my wallet.

25   Hold on a second.
```

T. Powers                    17

1

2      Q     If you don't have it on you,

3  that's fine.

4            MS. MABILE:  It's okay.

5      A     It's right here.  It's not a

6  problem.  (Displaying.)

7      Q     I can't really make it out.

8  Counsel has advised that she will send us a

9  copy so that's fine.

10     A     No problem.

11     Q     Do you own any real property in

12 Thailand other than the condo?

13     A     Yes.  I own a second rental

14 investment condo.

15     Q     When you say that you own the

16 condo, is your name on it?

17     A     Yes, correct.

18     Q     Do you own it alone or jointly

19 with someone else?

20     A     Alone.

21     Q     Your condo?

22     A     Yes.  Both condos are in my

23 name only.

24     Q     Did you pay for it?

25     A     Correct.  In cash.

T. Powers                    18

1

2          Q       But your wife did not

3     contribute to the funds?

4          A       No.

5          Q       And you own separate real

6     property, you said?

7          A       Yeah, I own two condos.

8          Q       Do you have any brokerage

9     accounts?

10         A       With Charles Schwab but I don't

11    utilize -- I don't want to take a risk of

12    any stock losses so I don't do any of that.

13    I just have cash and basically my broker's

14    account and my checking account.

15         Q       In what bank is your checking

16    account?

17         A       Charles Schwab.

18         Q       To this day?

19         A       Correct.

20         Q       And --

21         A       I opened it in 2015 right

22    before -- literally days before I moved

23    here.

24         Q       We're not going to put this in

25    the record, the number that it is, but what

T. Powers 19

1

2    is the account number for the Charles Schwab

3    account?

4            MS. MABILE:  Note my objection.

5        A    What's that?  Go ahead?

6        Q    Yes.

7            MS. MABILE:  Tim, if you don't

8        have it, it's fine.

9        A    Okay.

10       Q    Tim, do you have it?

11       A    I have it.

12       Q    Yes?

13       A    I don't know where it is.  No,

14   I don't know where it is.  My wife is

15   sleeping and my kids are sleeping.  I can't

16   turn on the lights.

17       Q    Was this an account that you

18   opened while you were living in the United

19   States?

20       A    Yeah.  I opened it about a week

21   before I moved to Thailand.

22       Q    And how far away is the closest

23   Charles Schwab store or bank to where you

24   live?

25       A    Japan.

```
 1                        T. Powers         20

 2          Q    So do you have any financial

 3   institutions that you use that are in

 4   Thailand?

 5          A    Sure.  I have a local bank

 6   account here at the Bank of Bangkok and then

 7   what I do is I can log on with the Charles

 8   Schwab account.  I type up a letter that

 9   says do a wire transfer, send them a photo

10   of the letter signed with my passport and a

11   day or two later they wire me the funds.

12          Q    How much money do you keep in

13   your Bank of Bangkok bank account?

14               MS. MABILE:  Objection.  Don't

15          answer that.

16          Q    Do you use a cell phone?

17          A    Yes.

18          Q    What's the number for your cell

19   phone?

20          A    It's +66 086-394-2710.

21          Q    How long have you had that

22   phone number?

23          A    Since I moved here so almost

24   five years.

25          Q    Who is the cell service
```

T. Powers                21

1
2    provider?
3         A    Tru Move.
4         Q    How you do spell that?
5         A    T-R-U  M-O-V-E.
6         Q    Do you pay taxes in Thailand?
7         A    I do not.
8         Q    Is that because there is no
9    income?
10        A    Correct.
11        Q    Is there real estate tax in
12   Thailand?
13        A    There is not.  Just when you
14   buy, not yearly.  So when I bought the two
15   condos, I paid, I think, two-and-a-half
16   percent and then there is no yearly property
17   taxes.
18        Q    So do you pay any taxes in
19   Thailand?
20        A    I do not.
21        Q    Have you ever?
22        A    No.  I don't meet the
23   threshold.
24        Q    Are you a member of any unions
25   in Thailand?

T. Powers                    22

1

2          A     No.

3          Q     Are you a member of any

4    churches or other religious institutions in

5    Thailand?

6          A     Certainly not.

7          Q     Are you a member of any

8    fraternal organizations in Thailand?

9          A     No.

10          Q     Are you a member of any clubs

11   in Thailand?

12          A     No.

13          Q     Are you a member of any

14   associations in Thailand?

15          A     I would not say a member but I

16   support the VFW.

17          Q     What's the VFW?

18          A     Veterans of Foreign Wars.

19   There is a lot of expats here that are

20   retired military.  A lot of my friends are

21   ex navy, army, that kind of stuff.

22          Q     Do your children speak English?

23          A     English and Thai.

24          Q     How did they learn English?

25          A     From me and then we also pay.

T. Powers                23

1   We have them in private school and they get

2   extra tutoring in English.

3           Q    What does the extra tutoring

4   cost?

5               MS. MABILE:  Objection.  Don't

6               answer.

7               MR. KLEIN:  No, you should

8               answer.

9               If he is paying to have his

10              kids learn English that's relevant.

11              MS. MABILE:  How come?

12              MR. KLEIN:  If he has no

13              intention of moving back -- and this

14              should not count towards the time --

15              then it would be less likely.

16              MS. MABILE:  His father speaks

17              English.

18              MR. KLEIN:  It's relevant.

19          A    I'll explain why.

20              MS. MABILE:  No, you do not

21              have to explain why.

22              MR. KLEIN:  No, you don't have

23              to.

24              MS. MABILE:  I'm noting my

T. Powers                    24

1

2          objection.  You can answer.

3          Q      What do you pay to have your

4    children tutored in English?

5          A      Their full schooling is $900

6    U.S. a year.

7          Q      What do you pay to have them

8    tutored in English?

9          A      That's included.

10         Q      I thought you said there was

11   separate schooling for the English?

12         A      Not separate schooling.  It's

13   in their private school.

14         Q      Do they attend any school other

15   than their private school?

16         A      No.

17         Q      Is that five days a week?

18         A      Correct, yes.  Actually, my

19   stepdaughter, the 11 year-old, she's

20   starting six days a week now.  She'll be

21   going on Saturdays.

22         Q      So your two children you have a

23   son or another daughter?

24         A      I have a stepdaughter and then

25   my daughter who is three years old.

T. Powers                25

1

2          Q     So three and 11?

3          A     Correct.

4          Q     Do they take your last name?

5          A     My daughter, yes.  Her name is

6    C.D. Powers.  My wife's daughter is KM and

7    she still has her Thai name but we're in the

8    process of me trying to adopt her.

9          Q     Do you have any arrest record

10   in Thailand?

11               MS. MABILE:  Objection.

12         A     No.

13         Q     What is your wife's name?

14         A     Sira Wan Powers.

15         Q     What is her maiden last name?

16         A     That's about 27 characters long

17   and I could not pronounce it if I tried.

18         Q     Are the characters in English?

19         A     No, they are not.

20         Q     Okay.  Did you meet her in

21   Thailand?

22               MS. MABILE:  Asked and

23         answered.

24         A     Yes, I did.

25         Q     Do you have an automobile in

```
1                        T. Powers              26

2     Thailand?

3            A     Yeah.  I have a car.  Me and my

4     wife have a car.  I have a motorcycle, a

5     scooter and my wife has a scooter too.

6                  MS. MABILE:  His 20 minutes are

7            up.  Thank you, Tim.

8                  THE WITNESS:  We're good to go?

9                  MS. MABILE:  Yes.  Thank you.

10                 THE WITNESS:  Thanks a lot.

11           Bye-bye.

12                 MR. KLEIN:  Bye.

13                 (Time noted:  5:28 p.m.)

14

15

16

17           _____
             TIMOTHY EDWARD POWERS
18

19     Subscribed and sworn to before me

20     this ___ day of _____, 2020.

21

22
       _____
23     NOTARY PUBLIC

24

25
```

27

**<u>INDEX</u>**

**<u>INDEX TO TESTIMONY</u>**

**<u>Page</u>**

Examination by Mr. Klein                4

28

ERRATA SHEET FOR THE TRANSCRIPT OF:
Case Name:  Timothy Powers vs Roman Catholic
Diocese of Rockville Centre, et al
Deposition Date:  January 14, 2020
Witness:  Timothy Edward Powers


                        CORRECTIONS

PG    LN    NOW READS    SHOULD READ    REASON FOR
__    __    _____  _____   _____

__    __    _____  _____   _____

__    __    _____  _____   _____

__    __    _____  _____   _____

__    __    _____  _____   _____

__    __    _____  _____   _____

__    __    _____  _____   _____

__    __    _____  _____   _____

__    __    _____  _____   _____

__    __    _____  _____   _____

__    __    _____  _____   _____

__    __    _____  _____   _____


                    _____
                              Signature


Subscribed and sworn to before me
this_____ day of _____, 2020.

_____
         (NOTARY PUBLIC)

29

CERTIFICATION

    I, DOLLY FEVOLA, a Notary Public in
and for the State of New York, do hereby certify:

    THAT the witness whose testimony is herein
before set forth, was duly sworn by me; and

    THAT the within transcript is a true record
of the testimony given by said witness.

    I further certify that I am not related,
either by blood or marriage, to any of the parties
to this action; and

    THAT I am in no way interested in
the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto
set my hand this 15th day of January, 2020.


_____

DOLLY FEVOLA

**$**

$900 [1] - 24:5

**'**

'01 [1] - 11:4
'02 [1] - 11:4
'79 [1] - 10:19
'80 [1] - 10:20
'86 [2] - 6:21

**0**

086-394-2710 [1] - 20:20

**1**

10155 [1] - 2:5
10281 [1] - 2:18
104,000 [1] - 12:3
11 [2] - 24:19, 25:2
11530 [1] - 2:10
11596 [1] - 2:14
12404 [1] - 4:20
14 [2] - 1:14, 28:3
150 [1] - 2:4
15th [1] - 29:15
17-CV-1336 [1] - 1:6
18 [1] - 14:3
1969 [1] - 10:18
1980 [1] - 10:12
1986 [2] - 6:25, 10:12
1987 [1] - 7:11
1988 [3] - 7:15, 7:20, 8:20
1989 [2] - 7:25, 8:6
1996 [1] - 8:15

**2**

20 [2] - 13:19, 26:6
2000 [1] - 11:3
2001 [1] - 11:3
2005 [5] - 6:16, 6:22, 8:24, 9:10, 9:16
2009 [1] - 9:25
2010 [1] - 4:25
2013 [1] - 7:7
2015 [9] - 4:25, 5:24, 6:9, 6:17, 6:25, 11:12, 11:13, 12:9, 18:21
20150 [1] - 4:13
2016 [1] - 14:4
2017 [1] - 14:3
2018 [1] - 14:3
2019 [1] - 13:20
2020 [5] - 1:14, 26:20, 28:3, 28:22, 29:15
21 [1] - 14:4
23rd [1] - 13:18
24 [1] - 14:3
250 [1] - 2:18
27 [1] - 25:16

**3**

34th [1] - 2:5
374 [1] - 2:13

**4**

4 [1] - 27:6

**5**

58th [1] - 2:4
5:00 [1] - 1:14
5:07 [1] - 4:14
5:28 [1] - 26:13

**6**

66 [1] - 20:20
666 [2] - 1:12, 2:9

**7**

700 [1] - 2:9

**8**

81003 [1] - 4:22

**A**

above-mentioned [1] - 1:19
account [18] - 5:2, 5:13, 5:14, 5:15, 5:21, 5:25, 6:2, 6:4, 6:8, 18:14, 18:16, 19:2, 19:3, 19:17, 20:6, 20:8, 20:13
accounts [1] - 18:9
action [1] - 29:11
address [3] - 4:10, 4:19, 4:24
administer [1] - 3:16
adopt [1] - 25:8
ADS)(ARL [1] - 1:6
advised [1] - 17:8
AGREED [3] - 3:3, 3:9, 3:14
ahead [2] - 12:2, 19:5
al [1] - 28:3
alcohol [1] - 10:3
ALDEA [1] - 2:7
ALEXANDER [1] - 2:10
almost [1] - 20:23
alone [3] - 6:13, 17:18, 17:20
AND [3] - 3:2, 3:8, 3:13
answer [5] - 9:23, 20:15, 23:7, 23:9, 24:2
answered [1] - 25:23
applied [4] - 14:7, 14:12, 14:24, 15:12
apply [2] - 15:5, 15:15
April [1] - 8:15
army [1] - 22:21
arrest [1] - 25:9
assault [1] - 8:25
associations [1] - 22:14
attend [1] - 24:14
attorneys [2] - 2:16, 3:3
Attorneys [3] - 2:4, 2:8, 2:12
August [1] - 8:6
Aurora [1] - 4:21
authorized [1] - 3:16
automobile [1] - 25:25
Avenue [1] - 2:13
aware [2] - 14:15, 14:20

**B**

background [1] - 9:6
Bangkok [2] - 20:6, 20:13
Bank [4] - 5:19, 6:6, 20:6, 20:13
bank [18] - 5:2, 5:5, 5:7, 5:13, 5:14, 5:15, 5:20, 5:25, 6:2, 6:4, 6:7, 6:8, 12:6, 18:15, 19:23, 20:5, 20:13
BARKET [1] - 2:7
basis [1] - 12:21
bear [1] - 13:17
begin [1] - 11:10
beginning [1] - 10:20
between [1] - 3:3
BEYRER [1] - 2:12
birth [1] - 10:18
blood [1] - 29:10
Boon [1] - 4:12
bought [1] - 21:14
branch [1] - 5:7
BRIAN [1] - 2:14
broker's [1] - 18:13
brokerage [1] - 18:8
burglary [3] - 7:16, 7:21, 8:8
business [1] - 6:4
buy [1] - 21:14
BY [6] - 2:6, 2:10, 2:14, 2:19, 4:6, 4:16
bye [3] - 26:11, 26:12
bye-bye [1] - 26:11

**C**

C.D [1] - 25:6
California [6] - 6:21, 10:9, 10:11, 10:14, 10:21, 10:24
cannot [2] - 15:5, 15:9
car [2] - 26:3, 26:4
Case [1] - 28:2
cash [3] - 12:7, 17:25, 18:13
CATHOLIC [2] - 1:7, 2:17
Catholic [1] - 28:2
cell [3] - 20:16, 20:18, 20:25
Centre [1] - 28:3
CENTRE [1] - 1:7, 2:17
certainly [1] - 22:6
certification [1] - 3:6
CERTIFICATION [1] - 29:2
certify [2] - 29:4, 29:9
characters [2] - 25:16, 25:18
charged [11] - 7:11, 7:15, 7:20, 7:25, 8:6, 8:15, 8:20, 8:24, 9:10, 9:16, 10:2
charges [2] - 9:15, 9:21
Charles [5] - 5:4, 18:10, 18:17, 19:2, 19:23, 20:7
checking [2] - 18:14, 18:15
children [7] - 11:16, 16:5, 16:10, 16:15, 22:22, 24:4, 24:22
CHURCH [2] - 1:8, 2:13
churches [1] - 22:4
Circle [1] - 4:20
citizen [1] - 16:7
citizens [1] - 16:10
citizenship [1] - 14:9
City [2] - 1:12, 2:10
Civil [1] - 1:18
close [1] - 5:23
closed [1] - 6:9
closest [1] - 19:22
clubs [1] - 22:10
Colorado [28] - 4:18, 4:21, 5:3, 5:8, 5:11, 5:12, 5:16, 6:12, 6:18, 6:20, 6:22, 6:24, 7:9, 7:10, 7:14, 7:19, 7:24, 8:5, 8:14, 8:19, 8:23, 9:4, 9:9, 9:17, 10:2, 10:6, 10:8, 10:24
commit [1] - 8:2
company [1] - 5:13
compass [2] - 5:19, 6:6
conditional [1] - 8:16
condo [7] - 11:21, 11:22, 11:24, 17:12, 17:14, 17:16, 17:21
condominium [1] - 11:23
Condominiums [1] - 4:12
condos [3] - 17:22, 18:7, 21:15
conduct [1] - 9:11
conspiracy [1] - 8:2
contribute [1] - 18:3
convert [1] - 12:13
converted [1] - 12:14
copy [1] - 17:9
correct [22] - 5:17, 7:2, 9:19, 10:25, 11:9, 11:23, 13:2, 13:8, 13:11, 13:14, 15:2, 15:13, 16:3, 16:5, 16:6, 16:17, 17:17, 17:25, 18:19, 21:10, 24:18, 25:3
CORRECTIONS [1] - 28:5
cost [1] - 23:5
counsel [1] - 17:8
count [1] - 23:15
Country [2] - 1:12, 2:9
country [1] - 12:13
counts [1] - 8:7
COURT [1] - 1:2
Court [1] - 3:19

**covered** [1] - 9:5
**credit** [1] - 12:5
**crime** [2] - 7:12, 8:8
**criminal** [2] - 9:5, 9:21

**D**

**Date** [1] - 28:3
**daughter** [4] - 24:23, 24:25, 25:5, 25:6
**DAVEY** [2] - 2:12, 2:14
**DAY** [1] - 2:16
**days** [3] - 18:22, 24:17, 24:20
**December** [7] - 8:24, 9:10, 9:16, 13:19, 14:3, 14:4
**Defendant** [4] - 1:17, 2:8, 2:12, 2:16
**Defendants** [1] - 1:9
**degree** [2] - 8:7, 8:25
**Denver** [2] - 6:16, 6:23
**deposition** [2] - 3:7, 3:14
**DEPOSITION** [1] - 1:16
**Deposition** [1] - 28:3
**DIOCESE** [2] - 1:7, 2:17
**Diocese** [1] - 28:3
**disorderly** [1] - 9:11
**Displaying** [1] - 17:6
**displaying** [1] - 9:11
**DISTRICT** [2] - 1:2, 1:2
**Docket** [1] - 1:5
**DOLLY** [2] - 29:3, 29:19
**Dolly** [1] - 1:20
**driver's** [1] - 16:20
**driving** [3] - 8:9, 8:10, 10:3
**drugs** [1] - 8:11
**DUFFY** [1] - 2:12
**duly** [2] - 4:3, 29:6
**during** [5] - 4:23, 7:4, 10:23

**E**

**East** [2] - 2:4, 4:20
**EASTERN** [1] - 1:2
**ED** [2] - 12:11, 12:19
**educational** [5] - 12:11, 12:19, 12:21, 12:24, 14:5
**Edward** [2] - 4:9, 28:4
**EDWARD** [2] - 1:16, 26:17

**effect** [1] - 3:18
**either** [1] - 29:10
**end** [2] - 10:19
**English** [10] - 22:22, 22:23, 22:24, 23:3, 23:11, 23:18, 24:4, 24:8, 24:11, 25:18
**EPSTEIN** [1] - 2:7
**ERRATA** [1] - 28:2
**ESQ** [4] - 2:6, 2:10, 2:14, 2:19
**estate** [1] - 21:11
**et** [1] - 28:3
**ex** [1] - 22:21
**exactly** [1] - 6:14
**EXAMINATION** [1] - 4:16
**Examination** [1] - 27:6
**examined** [1] - 4:5
**except** [1] - 3:9
**expats** [1] - 22:19
**explain** [2] - 23:20, 23:22
**extra** [2] - 23:3, 23:4

**F**

**far** [1] - 19:22
**father** [1] - 23:17
**Federal** [1] - 1:18
**FEVOLA** [2] - 29:3, 29:19
**Fevola** [1] - 1:20
**fifth** [1] - 8:25
**filing** [1] - 3:5
**financial** [1] - 20:2
**fine** [3] - 17:3, 17:9, 19:8
**first** [3] - 4:3, 7:7, 14:5
**five** [2] - 20:24, 24:17
**Floor** [1] - 2:5
**follows** [1] - 4:5
**FOR** [2] - 28:2, 28:6
**force** [1] - 3:17
**Foreign** [1] - 22:18
**form** [3] - 3:10, 8:9, 15:14
**forth** [1] - 29:6
**fraternal** [1] - 22:8
**fraud** [1] - 8:8
**friends** [1] - 22:20
**full** [1] - 24:5
**funds** [2] - 18:3, 20:11
**FURTHER** [2] - 3:8, 3:13

**G**

**Garden** [2] - 1:12, 2:10
**GIOVANNA** [1] - 2:6
**given** [1] - 29:8
**GUGLIELMONE** [2] - 1:8, 2:8

**H**

**half** [2] - 11:3, 21:15
**hand** [1] - 29:15
**heard** [1] - 14:22
**held** [2] - 1:19, 6:5
**hereby** [1] - 29:4
**HEREBY** [1] - 3:2
**herein** [3] - 1:17, 3:4, 29:5
**hereunto** [1] - 29:14
**Hillside** [1] - 2:13
**hold** [2] - 13:19, 16:25
**holding** [1] - 16:23
**house** [2] - 11:17, 11:20

**I**

**immediately** [2] - 10:7, 10:14
**impersonation** [1] - 8:9
**IN** [1] - 29:14
**incident** [1] - 9:14
**included** [1] - 24:9
**income** [1] - 21:9
**INDEX** [2] - 27:2, 27:3
**influence** [3] - 8:10, 10:3
**institutions** [2] - 20:3, 22:4
**intended** [1] - 7:4
**intention** [1] - 23:14
**interested** [1] - 29:12
**investment** [1] - 17:14
**IS** [3] - 3:2, 3:8, 3:13
**Island** [1] - 10:16
**IT** [3] - 3:2, 3:8, 3:13

**J**

**January** [4] - 1:14, 7:15, 28:3, 29:15
**Japan** [1] - 19:25
**JEREMIAH** [1] - 2:19
**jointly** [1] - 17:18
**JONES** [1] - 2:16

**July** [1] - 7:20

**K**

**KEARON** [1] - 2:7
**keep** [1] - 20:12
**kids** [2] - 19:15, 23:11
**kind** [3] - 5:5, 6:2, 22:21
**Klein** [1] - 27:6
**KLEIN** [9] - 2:10, 4:14, 4:17, 12:2, 23:8, 23:13, 23:19, 23:23, 26:12
**KM** [1] - 25:6

**L**

**language** [1] - 12:23
**last** [5] - 13:15, 13:22, 13:24, 25:4, 25:15
**Lau** [2] - 12:15
**LAW** [1] - 2:3
**lawyers** [1] - 15:10
**learn** [4] - 12:22, 12:25, 22:24, 23:11
**leave** [1] - 12:13
**left** [1] - 7:5
**less** [1] - 23:16
**letter** [2] - 20:8, 20:10
**license** [1] - 16:20
**life** [1] - 10:23
**lights** [1] - 19:16
**likely** [1] - 23:16
**line** [1] - 12:5
**literally** [1] - 18:22
**live** [9] - 6:18, 10:7, 10:14, 11:14, 11:17, 11:20, 14:18, 16:15, 19:24
**lived** [10] - 4:18, 4:24, 5:11, 5:12, 6:13, 6:16, 6:24, 10:10, 10:23, 11:2
**living** [21] - 6:11, 7:3, 7:9, 7:10, 7:14, 7:19, 7:24, 8:5, 8:14, 8:19, 8:23, 9:4, 9:9, 9:17, 10:2, 10:6, 10:13, 11:8, 11:10, 15:25, 19:18
**LLP** [1] - 2:7
**LN** [1] - 28:6
**local** [1] - 20:5
**location** [1] - 5:16
**locations** [1] - 10:22
**log** [1] - 20:7
**losses** [1] - 18:12

**LOTURCO** [1] - 2:7          2

**M**

**M-O-V-E** [1] - 21:5
**MABILE** [28] - 2:6, 7:17, 7:23, 8:3, 8:13, 8:18, 9:2, 9:12, 9:22, 10:5, 11:25, 14:19, 15:3, 15:11, 15:14, 17:4, 19:4, 19:7, 20:14, 23:6, 23:12, 23:17, 23:21, 23:25, 25:11, 25:22, 26:6, 26:9
**maiden** [1] - 25:15
**March** [1] - 7:25
**marriage** [4] - 12:14, 13:6, 13:10, 29:10
**married** [1] - 16:4
**MARTINS** [2] - 1:8, 2:13
**matter** [1] - 29:13
**MCNIFF** [1] - 2:12
**meet** [3] - 16:12, 21:22, 25:20
**member** [6] - 21:24, 22:3, 22:7, 22:10, 22:13, 22:15
**menacing** [1] - 8:25
**mentioned** [3] - 1:19, 6:2, 9:14
**MERSON** [1] - 2:3
**might** [2] - 10:20, 11:4
**military** [1] - 22:20
**MINION** [1] - 2:12
**minutes** [1] - 26:6
**money** [3] - 5:10, 15:24, 20:12
**month** [1] - 13:22
**morning** [1] - 4:15
**motorcycle** [1] - 26:4
**Move** [1] - 21:3
**move** [1] - 11:5
**moved** [6] - 6:20, 6:22, 10:21, 18:22, 19:21, 20:23
**moving** [1] - 23:14
**MR** [8] - 4:14, 4:17, 12:2, 23:8, 23:13, 23:19, 23:23, 26:12
**MS** [27] - 7:17, 7:23, 8:3, 8:13, 8:18, 9:2, 9:12, 9:22, 10:5, 11:25, 14:19, 15:3, 15:11, 15:14, 17:4, 19:4, 19:7, 20:14, 23:6, 23:12, 23:17, 23:21, 23:25, 25:11,

25:22, 26:6, 26:9
**MULHOLLAND** [1] -
2:12
**must** [1] - 14:17

## N

**name** [10] - 4:7, 14:20,
14:23, 17:16, 17:23,
25:4, 25:5, 25:7,
25:13, 25:15
**Name** [1] - 28:2
**navy** [1] - 22:21
**never** [2] - 14:22,
14:24
**NEW** [1] - 1:2
**New** [12] - 1:12, 1:21,
2:5, 2:10, 2:14, 2:18,
4:4, 10:16, 10:23,
29:4
**non** [2] - 13:6, 13:7
**Non** [1] - 14:13
**NOTARY** [2] - 26:23,
28:24
**Notary** [3] - 1:20, 4:4,
29:3
**note** [10] - 7:17, 7:23,
8:3, 8:13, 8:18, 9:2,
9:12, 9:22, 10:5,
19:4
**noted** [1] - 26:13
**nothing** [1] - 15:15
**noting** [1] - 23:25
**November** [5] - 9:5,
11:12, 13:18, 13:19,
14:2
**NOW** [1] - 28:6
**number** [4] - 18:25,
19:2, 20:18, 20:22

## O

**oath** [1] - 3:17
**objection** [16] - 7:17,
7:23, 8:3, 8:13, 8:18,
9:2, 9:12, 9:22, 10:5,
11:25, 15:14, 19:4,
20:14, 23:6, 24:2,
25:11
**objections** [1] - 3:9
**obtaining** [1] - 12:21
**OF** [5] - 1:2, 1:7, 1:16,
2:17, 28:2
**offense** [1] - 9:14
**offenses** [1] - 8:11
**officer** [1] - 3:16
**Old** [2] - 1:12, 2:9
**old** [2] - 24:19, 24:25

**one** [4] - 5:4, 12:10,
12:12, 13:9
**One** [1] - 12:15
**One-day** [1] - 12:15
**one-year** [1] - 13:9
**online** [1] - 5:6
**oOo** [1] - 3:21
**open** [1] - 6:8
**opened** [4] - 6:7,
18:21, 19:18, 19:20
**order** [1] - 8:16
**organizations** [1] -
22:8
**original** [1] - 14:4
**originally** [1] - 12:10
**otherwise** [1] - 11:18
**outcome** [1] - 29:13
**outside** [1] - 12:8
**own** [8] - 11:19, 11:22,
17:11, 17:13, 17:15,
17:18, 18:5, 18:7
**owned** [1] - 11:18

## P

**p.m** [2] - 1:14, 26:13
**Pacific** [1] - 4:20
**Page** [1] - 27:4
**paid** [2] - 12:7, 21:15
**paradise** [1] - 4:11
**Park** [2] - 2:14, 4:11
**parole** [1] - 8:20
**parties** [2] - 3:4, 29:10
**passport** [2] - 13:18,
20:10
**path** [1] - 14:9
**Pattaya** [1] - 4:12
**pay** [7] - 11:24, 17:24,
21:6, 21:18, 22:25,
24:3, 24:7
**paying** [1] - 23:10
**Pennsylvania** [1] -
11:2
**per** [1] - 5:5
**percent** [1] - 21:16
**permanent** [7] - 14:8,
14:12, 14:13, 14:16,
14:25, 15:6, 15:13
**personal** [2] - 5:13,
5:15
**PG** [1] - 28:6
**phone** [3] - 20:16,
20:19, 20:22
**photo** [1] - 20:9
**place** [1] - 1:20
**Plaintiff** [3] - 1:5, 1:17,
2:4
**PLLC** [1] - 2:3
**Powers** [5] - 4:9, 25:6,

25:14, 28:2, 28:4
**POWERS** [3] - 1:4,
1:16, 26:17
**powers** [1] - 4:15
**private** [3] - 23:2,
24:13, 24:15
**problem** [2] - 17:6,
17:10
**Procedure** [1] - 1:19
**process** [1] - 25:8
**pronounce** [1] - 25:17
**property** [5] - 7:11,
8:8, 17:11, 18:6,
21:16
**provider** [1] - 21:2
**Public** [3] - 1:21, 4:4,
29:3
**PUBLIC** [2] - 26:23,
28:24
**pursuant** [2] - 1:18,
13:5
**put** [1] - 18:24

## R

**READ** [1] - 28:6
**reading** [1] - 15:9
**READS** [1] - 28:6
**real** [3] - 17:11, 18:5,
21:11
**really** [1] - 17:7
**REASON** [1] - 28:6
**record** [4] - 4:7, 18:25,
25:9, 29:7
**related** [1] - 29:9
**release** [1] - 8:16
**relevant** [2] - 23:11,
23:19
**religious** [1] - 22:4
**remember** [2] - 4:21,
4:22
**renew** [1] - 13:11
**renewed** [3] - 13:13,
13:16, 13:24
**rental** [1] - 17:13
**rented** [1] - 11:18
**repeat** [1] - 11:7
**REPORTER** [1] - 4:6
**reserved** [1] - 3:11
**residency** [3] - 14:16,
15:6, 15:13
**resident** [3] - 14:8,
14:12, 14:25
**Resort** [1] - 4:11
**respective** [1] - 3:4
**retired** [2] - 15:18,
22:20
**risk** [1] - 18:11
**Road** [2] - 1:12, 2:9

**robbery** [1] - 8:2
**ROBERT** [2] - 1:8, 2:8
**Rockville** [1] - 28:3
**ROCKVILLE** [2] - 1:7,
2:17
**Roman** [1] - 28:2
**ROMAN** [2] - 1:7, 2:17
**Rules** [1] - 1:18

## S

**Saturdays** [1] - 24:21
**savings** [1] - 16:2
**school** [5] - 13:2,
23:2, 24:13, 24:14,
24:15
**schooling** [1] - 24:5,
24:11, 24:12
**Schwab** [6] - 5:4,
18:10, 18:17, 19:2,
19:23, 20:8
**scooter** [2] - 26:5
**scope** [1] - 9:24
**se** [1] - 5:5
**sealing** [1] - 3:5
**second** [3] - 8:7,
16:25, 17:13
**see** [1] - 14:2
**send** [2] - 17:8, 20:9
**separate** [3] - 18:5,
24:11, 24:12
**service** [1] - 20:25
**set** [2] - 29:6, 29:15
**shall** [1] - 3:11
**SHEET** [1] - 28:2
**SHOULD** [1] - 28:6
**Signature** [1] - 28:20
**signed** [3] - 3:15,
3:18, 20:10
**Sira** [1] - 25:14
**six** [1] - 24:20
**sleeping** [2] - 19:15
**Soi** [1] - 4:12
**someone** [1] - 17:19
**son** [1] - 24:23
**sorry** [1] - 7:10
**sort** [1] - 12:5
**speaks** [1] - 23:17
**spell** [1] - 21:4
**spoken** [1] - 15:9
**Springs** [1] - 6:22
**ST** [2] - 1:8, 2:13
**starting** [1] - 24:20
**state** [1] - 6:25
**State** [5] - 1:21, 4:4,
4:7, 4:10, 29:4
**States** [2] - 12:6,
19:19
**STATES** [1] - 1:2

**stating** [1] - 12:25
**stay** [1] - 7:4
**stepdaughter** [2] -
24:19, 24:24
**still** [4] - 5:20, 6:7, 6:8,
25:7
**STIPULATED** [3] - 3:2,
3:8, 3:13
**stock** [1] - 18:12
**store** [1] - 19:23
**Street** [2] - 2:4, 2:18
**stuff** [1] - 22:21
**Subscribed** [2] -
26:19, 28:22
**Suite** [1] - 2:9
**support** [2] - 15:22,
22:16
**sworn** [6] - 3:15, 3:18,
4:3, 26:19, 28:22,
29:6

## T

**tax** [1] - 21:11
**taxes** [3] - 21:6, 21:17,
21:18
**testified** [1] - 4:5
**testimony** [2] - 29:5,
29:8
**TESTIMONY** [1] - 27:3
**Thai** [5] - 12:22, 12:25,
13:2, 22:23, 25:7
**Thailand** [34] - 4:13,
7:7, 10:24, 11:6,
11:8, 11:11, 11:15,
12:6, 12:9, 12:16,
12:17, 13:5, 14:16,
14:25, 15:17, 15:20,
15:23, 16:8, 16:13,
16:21, 17:12, 19:21,
20:4, 21:6, 21:12,
21:19, 21:25, 22:5,
22:8, 22:11, 22:14,
25:10, 25:21, 26:2
**THAT** [3] - 29:5, 29:7,
29:12
**THE** [4] - 4:6, 26:8,
26:10, 28:2
**theft** [1] - 8:7
**three** [3] - 8:7, 24:25,
25:2
**threshold** [1] - 21:23
**Tim** [4] - 14:20, 19:7,
19:10, 26:7
**TIMOTHY** [3] - 1:4,
1:16, 26:17
**Timothy** [3] - 4:9,
28:2, 28:4
**TO** [1] - 27:3

4

**TODD** [1] - 2:19
**TOURS** [2] - 1:8, 2:13
**towards** [1] - 23:15
**town** [1] - 5:18
**transcript** [1] - 29:7
**TRANSCRIPT** [1] - 28:2
**transfer** [1] - 20:9
**traveled** [1] - 12:8
**trial** [1] - 3:12
**tried** [1] - 25:17
**trip** [1] - 12:15
**Tru** [1] - 21:3
**TRU** [1] - 21:5
**true** [1] - 29:7
**trying** [1] - 25:8
**turn** [1] - 19:16
**tutored** [2] - 24:4, 24:8
**tutoring** [2] - 23:3, 23:4
**two** [6] - 11:16, 18:7, 20:11, 21:14, 21:15, 24:22
**two-and-a-half** [1] - 21:15
**type** [2] - 12:18, 20:8

## U

**U.S** [2] - 12:3, 24:6
**under** [3] - 8:9, 8:10, 10:3
**unions** [1] - 21:24
**Unit** [1] - 4:20
**UNITED** [1] - 1:2
**United** [2] - 12:5, 19:18
**up** [2] - 20:8, 26:7
**utilize** [1] - 18:11

## V

**Vesey** [1] - 2:18
**veterans** [1] - 22:18
**VFW** [2] - 22:16, 22:17
**violating** [1] - 8:16
**violation** [1] - 8:21
**virtual** [1] - 5:5
**visa** [14] - 12:11, 12:12, 12:18, 12:21, 12:24, 13:4, 13:9, 13:10, 13:25, 14:6, 14:8, 14:12, 14:13, 14:16
**visit** [1] - 7:8
**vs** [1] - 28:2

## W

**waived** [1] - 3:7
**wallet** [1] - 16:24
**Wan** [1] - 25:14
**Wars** [1] - 22:18
**Wat** [1] - 4:12
**weapon** [1] - 9:11
**week** [3] - 19:20, 24:17, 24:20
**WHEREOF** [1] - 29:14
**wife** [8] - 11:16, 16:7, 16:12, 16:15, 18:2, 19:14, 26:4, 26:5
**wife's** [2] - 25:6, 25:13
**Williston** [1] - 2:14
**wire** [2] - 20:9, 20:11
**WITNESS** [3] - 26:8, 26:10, 29:14
**witness** [2] - 29:5, 29:8
**Witness** [1] - 28:4
**works** [1] - 14:14

## Y

**year** [10] - 11:3, 11:5, 12:12, 13:3, 13:9, 13:12, 13:13, 14:5, 24:6, 24:19
**year-and-a-half** [1] - 11:3
**year-old** [1] - 24:19
**yearly** [2] - 21:14, 21:16
**years** [5] - 4:23, 6:15, 10:17, 20:24, 24:25
**YORK** [1] - 1:2
**York** [12] - 1:12, 1:21, 2:5, 2:10, 2:14, 2:18, 4:4, 10:16, 10:23, 29:4
**yourself** [1] - 15:22

## Z

**zip** [1] - 4:22