# Exhibit E
(Email Correspondence dated December 6, 2019)


## Re: Powers v. RCDRC et al, 19CV4738

**Alexander Klein** <aklein@barketepstein.com>   Fri, Dec 6, 2019 at 6:29 PM
To: Giovanna Mabile <gmabile@mersonlaw.com>
Cc: "Geremia, Todd R." <trgeremia@jonesday.com>, "bdavey@mmlaw.us.com" <bdavey@mmlaw.us.com>, Bruce Barket <bbarket@barketepstein.com>, Jesse Mautner <jmautner@mersonlaw.com>, "Stephens, Eric P." <epstephens@jonesday.com>

Okay, let's chat next week.

**Alexander R. Klein, Esq.**
Barket Epstein Kearon Aldea & LoTurco, LLP
666 Old Country Road, Suite 700
Garden City, New York 11530
516.745.1500
www.barketepstein.com

This transmittal may be a confidential attorney client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone or email and immediately delete this message and all its attachments.

> On Dec 6, 2019, at 6:21 PM, Giovanna Mabile <gmabile@mersonlaw.com> wrote:
>
> I have confirmed with my client that he has resided in Thailand continuously since 2015, where he works and has a family.
>
>> On Fri, Dec 6, 2019 at 4:39 PM Alexander Klein <aklein@barketepstein.com> wrote:
>> Giovanna,
>>
>> Thanks for letting us know. How was it confirmed that he is domiciled in Thailand?
>>
>> Best,
>>
>> **Alexander R. Klein, Esq.**
>> Barket Epstein Kearon Aldea & LoTurco, LLP
>> 666 Old Country Road, Suite 700
>> Garden City, New York 11530
>> 516.745.1500
>> www.barketepstein.com
>>
>> This transmittal may be a confidential attorney client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone or email and immediately delete this message and all its attachments.
>>
>>> On Dec 6, 2019, at 2:57 PM, Giovanna Mabile <gmabile@mersonlaw.com> wrote:
>>>
>>> Counselors,
>>>
>>> For jurisdiction, plaintiff is a US citizen with domicile in Thailand, so it appears per Coury v. Prot, 85 F.3d 244, 250 (5th Cir. 1996) that there is no diversity jurisdiction. Will you stip to remand the case to state court?
>>>
>>> We will agree to the answers by the end of January.
>>>
>>> Best,