CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum of Law in Support of Plaintiff's Motion to Remand was served this 20th day of March 2020, by Federal Express Overnight Delivery upon counsel for Defendants as follows:

JONES DAY
Todd R. Geremia, Esq.
*Attorneys for Defendant*
ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3429
Facsimile: (212) 755-7306
Email: trgeremia@jonesday.com

MULHOLLAND MINION DAVEY MCNIFF & BEYRER
Brian R. Davey, Esq.
*Attorneys for Defendant*
ST. MARTIN OF TOURS CHURCH
374 Hillside Ave
Williston Park, NY 11596
Telephone: (516) 248-1200
Facsimile: (516) 248-1225
Email: bdavey@mmlaw.us.com

BARKET, MARION, EPSTEIN & KEARON
Alexander R. Klein, Esq.
*Attorneys for Defendant*
ROBERT GUGLIELMONE
666 Old Country Road, Suite 700
Garden City, NY 11530
Telephone: (516) 745-1500
Facsimile: (516) 745-1245
Email: aklein@barketmarion.com

*Jordan Merson*
_____
Jordan K. Merson, Esq.